**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IGNACIO GONZALES ORTIZ and ADELINA CHAPARRO,<br><br>Plaintiffs<br><br>v.<br><br>DAVID JOHN LYNCH and SYSTEM TRANSPORT, INC.,<br><br>Defendants | Case No.: 2:22-cv-00019-APG-EJY<br><br>**Order to Show Cause Why This Action Should Not Be Remanded** |

In light of defendants David Lynch and System Transport, Inc.'s response to the order to show cause (EF No. 9),

I ORDER that the order to show cause is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 7th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE