1  TIMOTHY A. MOTT, ESQ.
   Nevada Bar No. 12828
2  *tim@valientemott.com*
   JAMES A. TRUMMELL, ESQ.
3  Nevada Bar No. 14127
   *jim@valientemott.com*
4  NICOLE C. BOLICK, ESQ.
   Nevada Bar No. 15015
5  *nicole@valientemott.com*
   **VALIENTE MOTT, LTD.**
6  700 South 7th Street
   Las Vegas, Nevada 89101
7  Telephone: (702) 623-2323
   Facsimile: (702) 623-2323
8
9  *Attorneys for Plaintiffs*

10

11              **UNITED STATES DISTRICT COURT**

12              **FOR THE DISTRICT OF NEVADA**

13

14  IGNACIO GONZALES ORTIZ, an individual;     Case No.:   2:22-cv-00019-AGP-EJY
    and ADELINA CHAPARRO, an individual,
15
                  Plaintiffs,
16
        v.                                     **STIPULATION TO EXTEND**
17                                             **DISCOVERY DEADLINES AND**
                                               ~~**PROPOSED**~~ **ORDER**
18  DAVID JOHN LYNCH, an individual;
    SYSTEM TRANSPORT, INC, a foreign
19  corporation; DOE INDIVIDUALS              **(FIRST REQUEST)**
    I through X; and ROE ENTITIES
20  I through X, Inclusive,
21              Defendants.

22

23        Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of

24  record, hereby stipulate and request that this Court extend discovery in the above-captioned case

25  ninety (90) days.  In addition, the parties request that all other future deadlines contemplated by

26  the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this

27  Stipulation and Request, the parties state as follows:

28

                                            1



1. On December 8, 2021, Plaintiffs filed their Complaint and Demand for Jury Trial in the Fifth Judicial District Court, under Case No. CV21-0743.

2. On January 4, 2022, Defendants filed their Petition for Removal from Fifth Judicial Court and this Court approved on February 2, 2022.

3. On January 10, 2022, Defendants filed their Answer to the Plaintiffs' Complaint and Demand for Jury Trial.

4. On February 7, 2022, the parties conducted a 26(f) conference.

5. Plaintiffs served their Initial and Supplemental Document and Witness Disclosures.

6. Defendants served their Initial and Supplemental Document and Witness Disclosures.

7. Plaintiffs served their First Set of Interrogatories, Requests for Production and Requests for Admissions to Defendant JOHN DAVID LYNCH on May 24, 2022.

8. Defendant SYSTEM TRANSPORT INC. served their First Set of Interrogatories and Requests for Production of Documents to Plaintiff IGNACIO GONZALEZ ORTIZ on April 4, 2022.

9. Defendants have subpoenaed Plaintiffs' medical providers.

## DISCOVERY REMAINING

The parties will continue participating in written discovery. The following discovery remains to be completed:

1. Defendants will take the deposition of Plaintiff IGNACIO GONZALES ORTIZ on October 26, 2022.

2. Defendants will take the deposition of Plaintiff ADELINA CHAPARRO, tentatively scheduled for November 7, 2022.

3. Plaintiffs will take the deposition of Defendant DAVID JOHN LYNCH, currently being coordinated.

4. Plaintiff will take the deposition of Defendant SYSTEM TRANSPORT INC's Person Most Knowledgeable.

5. Depositions of responding officers and medical personnel.

6. Expert disclosures.

7.    Depositions of expert witnesses.

The parties may take the depositions of any and all other witnesses garnered through discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the following requested extension. This Request for a brief extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct additional discovery prior to the deadline for expert disclosures. Specifically, the depositions of the parties and certain fact witnesses are necessary before the parties' experts will be in a position to prepare reports. The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay. Accordingly, and in short, the parties request an extension of the current discovery deadlines to allow the parties an opportunity to fully understand the nature of Plaintiffs' claims and Defendants' defenses thereto.

### EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN
### AND SCHEDULING ORDER

LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

This is the first request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cut-off | December 30, 2022 | *March 30, 2023* |
| Deadline to Amend Pleadings or Add Parties | September 30, 2022 | *CLOSED* |

3

| Expert Disclosure pursuant to FRCP 26(a)(2) | October 31, 2022 | *January 27, 2023* |
|---|---|---|
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | November 30, 2022 | *February 28, 2023* |
| Dispositive Motions | January 30, 2023 | *April 28, 2023* |
| Joint Pretrial Order | March 1, 2023 | *May 29, 2023* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days, and the other dates as outlined in accordance with the table above.

Respectfully Submitted by:

DATED this 10th day of October 2022.

**VALIENTE MOTT, LTD.**

*/s/ James A. Trummell*

JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
NICOLE C. BOLICK, ESQ.
Nevada Bar No. 15015
TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Approved in Form and Content by:

DATED this 10th day of October 2022.

**SNELL & WILMER L.L.P.**

*/s/ Moran Petrelli*

MORGAN PETRELLI, ESQ.
Nevada Bar No. 13221
JACEY PRUPAS, ESQ.
Nevada Bar No. 9156
3883 Howard Hughes Pkwy.
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:                October 11, 2022