1  TIMOTHY A. MOTT, ESQ.
   Nevada Bar No. 12828
2  *tim@valientemott.com*
   JAMES A. TRUMMELL, ESQ.
3  Nevada Bar No. 14127
   *jim@valientemott.com*
4  NICOLE C. BOLICK, ESQ.
   Nevada Bar No. 15015
5  *nicole@valientemott.com*
6  **VALIENTE MOTT, LTD.**
   700 South 7th Street
7  Las Vegas, Nevada 89101
   Telephone: (702) 623-2323
8  Facsimile: (702) 623-2323

9  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IGNACIO GONZALES ORTIZ, an individual; and ADELINA CHAPARRO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JOHN LYNCH, an individual; SYSTEM TRANSPORT, INC, a foreign corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, Inclusive,<br><br>Defendants. | Case No.:   2:22-cv-00019-AGP-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND ~~PROPOSED~~ ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 7-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows **(updated information identified in bold)**:

1

1. On December 8, 2021, Plaintiffs filed their Complaint and Demand for Jury Trial in the Fifth Judicial District Court, under Case No. CV21-0743.
2. On January 4, 2022, Defendants filed their Petition for Removal from Fifth Judicial Court and this Court approved on February 2, 2022.
3. On January 10, 2022, Defendants filed their Answer to the Plaintiffs' Complaint and Demand for Jury Trial.
4. On February 7, 2022, the parties conducted a 26(f) conference.
5. Plaintiffs served their Initial and Supplemental Document and Witness Disclosures.
6. Defendants served their Initial and Supplemental Document and Witness Disclosures.
7. Plaintiffs served their First Set of Interrogatories, Requests for Production and Requests for Admissions to Defendant JOHN DAVID LYNCH on May 24, 2022.
8. Defendant SYSTEM TRANSPORT INC. served their First Set of Interrogatories and Requests for Production of Documents to Plaintiff IGNACIO GONZALEZ ORTIZ on April 4, 2022.
9. Defendants have subpoenaed Plaintiffs' medical providers.
10. **Defendants took the deposition of Plaintiff IGNACIO GONZALES ORTIZ on November 4, 2022.**
11. **Defendants took the deposition of Plaintiff ADELINA CHAPARRO on November 7, 2022.**
12. **Plaintiffs took the deposition of Defendant DAVID JOHN LYNCH on December 7, 2022.**
13. **Defendant SYSTEM TRANSPORT INC. served their Second and Third Set of Requests for Production of Documents to Plaintiff IGNACIO GONZALEZ ORTIZ on October 19, 2022, and October 24, 2022, respectfully.**

2

14. **Defendant SYSTEM TRANSPORT INC. served their Second and Third Set of Interrogatories to Plaintiff IGNACIO GONZALEZ ORTIZ on October 24, 2022, and November 8, 2022, respectfully.**

15. **Defendant SYSTEM TRANSPORT INC. served their Second Set of Interrogatories to Plaintiff ADELINA CHAPARRO on October 24, 2022.**

## DISCOVERY REMAINING

The parties will continue participating in written discovery. The following discovery remains to be completed:

1. Plaintiff will take the deposition of Defendant SYSTEM TRANSPORT INC's Person Most Knowledgeable.
2. Depositions of responding officers and medical personnel.
3. Expert disclosures.
4. Depositions of expert witnesses.

The parties may take the depositions of any and all other witnesses garnered through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for a brief extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties for the purpose of allowing sufficient time to conduct additional discovery prior to the deadline for expert disclosures and for the parties to consider alternative dispute resolutions. Specifically, the depositions of the parties and certain fact witnesses, and additional medical records are necessary for the parties' experts to prepare reports. The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay. Accordingly, and in short, the parties request an extension of the current discovery deadlines to allow the parties an opportunity to fully understand the nature of Plaintiffs' claims and Defendants' defenses thereto.

…

…

3

# EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN
# AND SCHEDULING ORDER

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| **Scheduled Event** | **Current Deadline** | ~~**Proposed**~~ **Deadline** |
|---|---|---|
| Discovery Cut-off | March 30, 2023 | ***May 29, 2023*** |
| Deadline to Amend Pleadings or Add Parties | CLOSED | ***CLOSED*** |
| Expert Disclosure pursuant to FRCP 26(a)(2) | January 27, 2023 | ***March 28, 2023*** |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | February 28, 2023 | ***April 28, 2023*** |
| Dispositive Motions | April 28, 2023 | ***June 27, 2023*** |
| Joint Pretrial Order | May 29, 2023 | ***July 28, 2023*** |

…

…

…

…

…

…

…

4

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days, and the other dates as outlined in accordance with the table above.

| Respectfully Submitted by: | Approved in Form and Content by: |
|---|---|
| DATED this 6th day of January 2023. | DATED this 6th day of January 2023. |
| **VALIENTE MOTT, LTD.** | **SNELL & WILMER L.L.P.** |
| */s/ James A. Trummell* | */s/ Morgan Petrelli* |
| JAMES A. TRUMMELL, ESQ.<br>Nevada Bar No. 14127<br>NICOLE C. BOLICK, ESQ.<br>Nevada Bar No. 15015<br>TIMOTHY A. MOTT, ESQ.<br>Nevada Bar No. 12828<br>700 South 7th Street<br>Las Vegas, Nevada 89101 | MORGAN PETRELLI, ESQ.<br>Nevada Bar No. 13221<br>JACEY PRUPAS, ESQ.<br>Nevada Bar No. 9156<br>3883 Howard Hughes Pkwy.<br>Suite 1100<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2023