
1 Janine C. Prupas, Esq.
Nevada Bar No. 9156
2 Morgan T. Petrelli, Esq.
Nevada Bar No. 13221
3 SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 Las Vegas, Nevada 89169
Telephone: 702.784.5200
5 Facsimile: 702.784.5252
jprupas@swlaw.com
6 mpetrelli@swlaw.com

7 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IGNACIO GONZALES ORTIZ, an individual; and ADELINA CHAPARRO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID JOHN LYNCH, an individual; SYSTEM TRANSPORT, INC., a foreign corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, Inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00019-APG-EJY <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendants David John Lynch and System Transport, Inc. ("Defendants") Plaintiffs Ignacio Gonazles Ortiz and Adelina Chaparro ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree to dismiss this case in its entirety with prejudice.

///
///
///
///
///
///
///
///

Each party will bear its own fees and costs.

Dated: December 1, 2023                              Dated: November 30, 2023

SNELL & WILMER L.L.P.                                VALIENTE MOTT, LTD.

By: /s/ Morgan Petrelli                              By: /s/
    Janine C. Prupas, Esq.                           Michael S. Valiente, Esq.
    Nevada Bar No. 9156                              Timothy A. Mott, Esq.
    Morgan T. Petrelli, Esq.                         James A. Trummell, Esq.
    Nevada Bar No. 13221                             700 S. 7th Street
    3883 Howard Hughes Pkwy., Ste. 1100              Las Vegas, NV 89101
    Las Vegas, Nevada 89169

*Attorneys for Defendants*                           *Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: December 4, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE